**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | § | |
| | § | |
| Plaintiff, | § | |
| | § | No.  EP-20-CR-01510-KC |
| v. | § | |
| | § | |
| **MANUEL FLORES**, | § | |
| | § | |
| Defendant. | § | |

**GOVERNMENT'S MOTION TO DETAIN DEFENDANT**
**WITHOUT BOND AND MOTION FOR CONTINUANCE**

Comes now the United States of America, by and through the United States Attorney for the Western District of Texas, and pursuant to 18 U.S.C. § 3142(e) and (f), files this, its Motion to Detain Defendant Without Bond and Motion for Continuance, and for cause, would respectfully show unto the Court the following:

1. The Defendant was arrested for a violation of Title 18, United States Code, Section 875, *Communicating a Threat in Interstate Commerce.*

2. The Defendant is a United States citizen; however, due to the nature of the offense, Defendant presents a high risk of fleeing to avoid prosecution on this charge.

3. There are no conditions or combination of conditions which will reasonably assure the safety of the community should the Defendant be released on bond.

4. There are no conditions or combination of conditions which will reasonably assure the appearance of the Defendant at future court settings.

The Government would further move the Court for a three day continuance of the detention hearing from the date of the initial appearance.

2

WHEREFORE, premises considered, the Government respectfully prays the Court to hold the above-named Defendant without bail pending the final outcome of this case.

                Respectfully submitted,

                JOHN F. BASH
                UNITED STATES ATTORNEY

By:   */s/ Ian Hanna*
                IAN HANNA
                Assistant U.S. Attorney
                Texas Bar #24057885
                700 E. San Antonio, Suite 200
                El Paso, Texas   79901
                (915) 534-6884